**Order entered September 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00965-CV

**STATE OF TEXAS AND CARLOS CASCOS, IN HIS OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE, Appellants**

**V.**

**LAWRENCE EDWARD MEYERS AND MYRTIS EVANS, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09939**

## ORDER

We **GRANT** appellants' September 3, 2015 unopposed motion for extension of time for court reporter to file record and **ORDER** the reporter's record be filed no later than September 18, 2015.

We **DIRECT** the Clerk of the Court to send a copy of this order to Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court.

/s/    CRAIG STODDART
        JUSTICE